DCO-010                                                      October 30, 2025

<u>UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT</u>

C.A. No. <u>25-2252 & 25-2253</u>

JAMES DENNIS

    v.

CITY OF PHILADELPHIA; DETECTIVE FRANK JASTRZEMBSKI; DETECTIVE
MANUEL SANTIAGO; OFFICERS JOHN DOE(S), individually and as police officers
for the City of Philadelphia

City of Philadelphia,
              Appellant

Frank Jastrzembski; Manuel Santiago,
              Appellants in 25-2253

    (E.D. Pa. No. 2:18-cv-02689)

Present:   BIBAS, MATEY and MONTGOMERY-REEVES, *Circuit Judges*

    1.  Motion by Appellee James Dennis for Summary Affirmance.

    2.  Response by Appellees/Appellants Frank Jastrzembski and Manuel Santiago
        to Motion.

    3.  Response by Appellant/Appellee City of Philadelphia to Motion.

                                  Respectfully,

                                  Clerk

_____ORDER_____

The foregoing motion and responses are referred to the merits panel.

By the Court,

s/Stephanos Bibas
Circuit Judge

Dated:  October 31, 2025

kr/cc: All Counsel of Record